UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-sc-5103 (DWF/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF MINNESOTA *ex rel.* CAMI LANE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| REHAB AUTHORITY MOORHEAD LLC, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

**FILED UNDER SEAL**

RECEIVED BY MAIL
OCT 25 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT AND REQUEST FOR LIFTING OF THE SEAL

The parties have reached a settlement agreement to resolve this action. In light of this agreement, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States advises the Court of its decision to intervene in this action for the purposes of settlement.

Upon Defendants' satisfaction of the payments required by the Settlement Agreement, which are due within 14 days, the parties will file a Stipulation of Dismissal of this matter under Fed. R. Civ. P. 41.

The United States hereby requests that the Court unseal the Relator's Complaint, this Notice, and all filings after this Notice. The United States respectfully requests that all other filings in this matter remain under seal and not be made public (including, but not



SCANNED
OCT 25 2021
U.S. DISTRICT COURT MPLS

limited to, any applications filed by the United States for extensions of the sixty-day investigative period and any orders previously entered in this matter). A proposed unsealing order accompanies this Notice.

Dated: 10/25/21

W. ANDERS FOLK
Acting United States Attorney

*s/ Ann M. Bildtsen*

BY: ANN M. BILDTSEN
Assistant U.S. Attorney
Attorney I.D. No. 0271494
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for the United States