

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

| | |
|---|---|
| 600 U.S. Courthouse | (612) 664-5600 |
| 300 South Fourth Street | Civil Fax No: |
| Minneapolis, MN 55415 | (612) 664-5788 |

October 25, 2021

Ms. Kate Fogarty
Clerk of Court
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*RECEIVED BY MAIL OCT 25 2021 CLERK U.S. DISTRICT COURT MINNEAPOLIS MINNESOTA*

Re: <u>United States of America and State of Minnesota ex rel. Cami Lane v. RehabAuthority</u>
Civil No. 17-sc-5103 (DWF/ECW)

Dear Ms. Fogarty:

Enclosed please find for filing **UNDER SEAL** the original of the United States' Notice of Intervention for Purposes of Settlement and Request for Lifting of the Seal and Certificate of Service in the above-captioned matter.

Copies of the Notice and Certificate of Service, along with a proposed order, have been forwarded under separate cover to the Honorable Donovan W. Frank.

Relator's and Defendants' counsel are being served with the Notice, Certificate of Service, and Proposed Order by copy of this letter.

Sincerely,

W. ANDERS FOLK
Acting United States Attorney

*s/ Ann M. Bildtsen*

BY: ANN M. BILDTSEN
Assistant U.S. Attorney

Enclosures

Cc:  Nola Cross, Esq. (counsel for Relator)
     Jennifer Weaver, Esq. (counsel for Defendants)
     Kristi Nielsen, Assistant Attorney General

*SCANNED OCT 25 2021 U.S. DISTRICT COURT MPLS*