

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

---

| | |
|---|---|
| *600 United States Courthouse* | *(612) 664-5600* |
| *300 South Fourth Street* | |
| *Minneapolis, MN  55415* | |
| *www.usdoj.gov/usao/mn* | |

October 25, 2021

The Honorable Donovan W. Frank
Warren E. Burger U.S. Courthouse
316 N. Robert Street
Suite 724
St. Paul, MN 55101

      Re:    *United States of America and State of Minnesota ex rel. Cami Lane v. RehabAuthority*
             Civil No. 17-sc-5103 (DWF/ECW)

Dear Judge Frank:

      Enclosed for your consideration please find copies of the United States' Notice of Intervention for Purposes of Settlement and Request for Lifting of the Seal, Proposed Order, and Certificate of Service in the above-captioned matter. The proposed order has also been forwarded to chambers via e-mail. Thank you for your consideration.

                                                Sincerely,

                                                W. ANDERS FOLK
                                                Acting United States Attorney

                                                *s/ Ann M. Bildtsen*

                                                BY: ANN M. BILDTSEN
                                                Assistant U.S. Attorney

Enclosures

Cc:    Nola Cross, Esq. (counsel for Relator)
         Jennifer Weaver, Esq. (counsel for Defendants)
         Kristi Nielsen, Assistant Attorney General

[Stamp: RECEIVED BY MAIL OCT 25 2021 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA]

[Stamp: SCANNED OCT 25 2021 U.S. DISTRICT COURT MPLS]