UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>AND STATE OF MINNESOTA<br>ex rel. CAMI LANE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>REHAB AUTHORITY MOORHEAD,<br>LLC, et al.,<br><br>　　　　　　Defendants. | Civil No. 17-sc-5103 (DWF/ECW)<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

Upon consideration of the United States' Notice of Intervention for Purposes of Settlement and Request for Lifting of the Seal (Doc. No. [46]),

**IT IS HEREBY ORDERED** that:

1. The Relator's Complaint (Doc. No. 1), the United States' Notice of Intervention for Purposes of Settlement and Request for Lifting of the Seal (Doc. No. 46), and this Order be unsealed;

2. All other filings currently on the docket in this action shall remain under seal; and

3. The seal is hereby lifted for all future filings in this action.


Dated:  October 26, 2021　　　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　　United States District Judge